# Court of Appeals
# of the State of Georgia

ATLANTA,  March 22, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1187. JARRED MARK PORTER v. THE STATE.

On March 30, 2022, Jarred Mark Porter was convicted of one count of fleeing or attempting to elude a police officer and one count of speeding, and was sentenced to five years in prison. On April 1, 2022, Porter filed a motion challenging his convictions which he has since referred to as a "Motion for New Trial, Motion in Arrest of Judgment and for Writ of Habeas Corpus." There is no indication that the trial court has ruled on Porter's motion challenging his convictions.

Porter previously filed an appeal referencing his convictions and an appeal referencing the trial court's ruling on his request to subpoena audio records from the court reporter. This Court dismissed those two appeals, explaining that they were premature because the trial court had not ruled on Porter's motion challenging his convictions, but that his notices of appeal would ripen if the trial court denied the motion. Case Nos. A22A1719 & A23A0163 (Mar. 6, 2023).

On December 6, 2022, Porter initiated the instant appeal by filing a notice of appeal directed to the Supreme Court of Georgia and referencing the trial court's failure to rule on his motion challenging his convictions. The Supreme Court transferred the appeal to this Court, explaining that the case was an ongoing criminal case and not a habeas case implicating its habeas jurisdiction. Case No. S23A0529 (Feb. 21, 2023). We lack jurisdiction over the appeal. As explained in Case Nos. A22A1719 and A23A0163, the case remains pending below because the trial court has not yet ruled on Porter's motion challenging his convictions. The instant appeal, which is premised upon the trial court's failure to issue a ruling, presents nothing for us to review. See OCGA § 5-6-34 (a) (1); *Oladunni v. State*, 356 Ga. App. 861, 861-

862 (849 SE2d 702) (2020); *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).[1] If Porter's motion challenging his convictions is denied, his convictions will stand, and the notices of appeal previously filed by him will ripen. See *Oladunni*, 356 Ga. App. at 862.

Accordingly, the instant appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/22/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Mandamus relief may be available to a defendant who believes that a trial court has improperly failed to rule on a pending motion. See *Bellamy v. Rumer*, 305 Ga. 638, 640 n.2 (827 SE2d 269) (2019).